UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Shawn C. McGuire | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-14056 |

## OBJECTION TO PROOF OF CLAIM NUMBERED 8-1 FILED ON BEHALF OF SHAWN C. MCGUIRE

COMES NOW, Shawn C. McGuire, hereinafter referred to as "Debtor," by and through his undersigned counsel, Brad J. Sadek, Esquire, hereby objects to Proof of Claim number 8-1 filed on behalf of Nationstar Mortgage, LLC and in support thereof avers the following:

1. Debtors filed the instant Chapter 13 Bankruptcy case on or about June 9, 2017.

2. The June 9, 2017 case filing was assigned case number 17-14056.

3. On or about July 28, 2017, Nationstar Mortgage, LLC filed its Proof of Claim numbered 8-1.

4. Per the Debtor's communication with Nationstar, now Mr. Cooper, he was told that he was approved for a loan modification agreement in 2016.

5. The Debtor further contends that his mortgage payments were to be reduced by approximately $500.00 in furtherance of the loan modification.

6. The Debtor further avers that his payments were misallocated because of the loan modification which he did not have the chance to agree to and was not made known to him until a denial of a subsequent loan modification request in or about November, 2017.

7. The instant Proof of Claim does not consider any loan modification agreement.

8. The Debtor is merely seeking an opportunity for consideration of a loan modification request with Mr. Cooper.

WHEREFORE, Debtor, Shawn C. McGuire respectfully requests that this Honorable Court disallow the proof of claim numbered 8-1 filed by Nationstar Mortgage, LLC on July 28, 2017.

Dated: 1/9/18

_____
Brad J. Sadek, Esquire
Sadek and Cooper
Attorney for the Debtors
Sadek Law Offices, LLC
1315 Walnut Street, #502
Philadelphia, PA 19107
(215) 545-0008