OCT 10,2018 2:34PM                    **Best Case Bankruptcy Case Notes**                    17-14056
**McGuire, Shawn C.**

**LEGAL FEES BREAKDOWN**

MHL                              10/09/18    12:27PM        10/09/18    12:27PM
    ATTORNEY FEE: $335.00/hour        17.8 hours x $335.00 = $5,963.00
    Brad J. Sadek, Esq.
    Matthew H. Lazarus, Esq.

    PARALEGAL FEE: $125.00/hour        4.1 hours x $125.00 = $512.50
    Jordan L. Gaffin-Williams

                            Total: $5,963.00 + $512.50 = $6,475.50

_____

**.3**
BJS                              9/13/18    3:14PM        9/13/18    3:14PM
    email to client requesting modification papers, can change plan to include arrears in modification, also adv for 2nd mort.

**.3: Forward proof of payment to TT**
JLW                              6/26/18    11:32AM        6/26/18    11:32AM

**.3: email to cl re: tt mtd**
BJS                              6/19/18    8:36AM        10/10/18    2:32PM

**.3**
BJS                              6/19/18    8:34AM        6/19/18    8:34AM
    email from and to client regarding tt deficiency

**.3**
BJS                              5/14/18    12:15PM        5/14/18    12:15PM
    email from and to client

**.3**
BJS                              5/07/18    12:53PM        5/07/18    12:53PM
    letter to client regarding motion to dismiss payments

**.2**
BJS                              5/01/18    1:15PM        10/10/18    2:33PM

**.2**
BJS                              4/27/18    1:09PM        4/27/18    1:09PM
    email to client re: loan mod status

**.5**
BJS                              3/26/18    10:16AM        3/26/18    10:16AM
    emails to client regarding mod status and withdrawl obj to claim based on ongoing modification application

**.3**
BJS                              2/26/18    2:33PM        2/26/18    2:33PM
    email mortgage modification application to client

**.4**
BJS                              2/20/18    11:44AM        2/20/18    11:44AM
    appear at court for objection to proof of claim, get continuance to 3/27/18

**.3**
BJS                              2/16/18    3:59PM        2/16/18    3:59PM
    email to client

OCT 10,2018 2:34PM    **Best Case Bankruptcy Case Notes**    17-14056
**McGuire, Shawn C.**

**.3**
BJS                     2/16/18    3:54PM    2/16/18    3:54PM
    call from counsel, continue obj to poc, cl will get new mod packet

**.4**
BJS                     2/15/18    4:35PM    2/15/18    4:35PM
    call and email to counsel

**.2**
BJS                     1/31/18    2:48PM    1/31/18    2:48PM
    email to counsel

**.3**
BJS                     1/29/18    8:52AM    1/29/18    8:52AM
    email from and to client

**.3**
BJS                     1/23/18    4:44PM    1/23/18    4:44PM
    email from counsel re: loan mod call to counsel, want opportunity to re apply only

**.3**
BJS                     1/23/18    12:24PM    1/23/18    12:24PM
    email from counsel and send stip to counsel and client

**.3**
BJS                     1/22/18    12:23PM    1/23/18    12:23PM
    email from and to client

**.3: call fromcourt**
meh                     1/11/18    10:30AM    1/11/18    10:30AM
    email order to qc

**2.1**
bjs                     1/09/18    4:07PM    1/09/18    4:07PM
    objection to proof of claim, email to counsel and respond to motion for relief

**.4**
BJS                     12/15/17    3:16PM    12/15/17    3:16PM
    letter and email to client regarding motion to dismiss

**.85: Conference to Debtor's mortgagee re loan mod**
MHL                     11/30/17    3:18PM    11/30/17    3:18PM

**.4**
BJS                     10/23/17    12:51PM    10/23/17    12:51PM    BK
    call from client and email to client regarding modification denial

**.3: Call to client and IRS re POC**
MHL                     9/14/17    1:01PM    9/14/17    1:01PM    BK

**.3**
BJS                     9/06/17    11:23AM    9/06/17    11:23AM    BK
    receive and scan mod application to client

**.4: Confirmation review**
MHL                     8/04/17    10:50AM    8/04/17    10:50AM    BK

OCT 10,2018 2:34PM             **Best Case Bankruptcy Case Notes**                    17-14056
                                      **McGuire, Shawn C.**

**.3: Outgoing call to client**
JLG                       7/31/17    3:12PM        7/31/17    3:12PM        BK
    concerns about his objection ltr

**2.3: 341 appearence**
MHL                       7/19/17    11:14AM       7/19/17    11:14AM       BK

**.3: 341 Doc Upload**
JLG                       7/12/17    5:16PM        7/12/17    5:16PM        BK

**1.0: Appear motion to extend stay**
MHL                       6/27/17    11:54AM       6/27/17    11:54AM       BK

**.2 Incoming call from client**
SGR                       6/26/17    1:11PM        6/26/17    1:11PM        BK
    CR # for MTE stay hearing gievn to client

**.4: 341 Prep & Letter**
KP                        6/22/17    3:18PM        6/22/17    3:18PM        BK

**.3: PA Tax Ltr**
JLG                       6/21/17    1:53PM        6/21/17    1:53PM        BK

**.8: Motion to extend the stay**
MHL                       6/13/17    10:11AM       6/26/17    10:11AM       BK

**.5: File Petition & Trustee Payment Ltr**
JLG                       6/09/17    9:45AM        6/09/17    9:45AM        BK

**.2 Email for May Pay Stubs**
SGR                       6/05/17    1:19PM        6/05/17    1:19PM        BK

**.7: Client meeting for signatures**
MHL                       5/26/17    10:42AM       5/26/17    10:42AM       BK

**.8: Initial petition review**
MHL                       5/12/17    2:00PM        5/12/17    2:00PM        BK

**.2**
BJS                       5/11/17    2:10PM        5/11/17    2:10PM        BK
    no s/s scheduled

**1 Prep Petition**
SGR                       5/11/17    12:51PM       5/11/17    12:51PM       BK

**.3:**
JLG                       4/06/17    9:40AM        4/06/17    9:40AM        BK
    Paid in Full letter, Fee Agreement and Credit Counseling Instructions

**1.3**
BJS                       4/05/17    11:51AM       4/05/17    11:51AM       BK
    meet with client and file setup for 2nd case