UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Shawn C. McGuire,<br>       Debtor.<br><br>Nationstar Mortgage LLC as servicer for HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-CW1, Asset Backed Pass-Through Certificates,<br>       Movant,<br>v.<br><br>Shawn C. McGuire,<br>       Respondent/Debtor,<br>and<br><br>William C. Miller<br>       Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-14056/AMC |

## **PRAECIPE TO WITHDRAW**

To The Clerk, United States Bankruptcy Court:

     Kindly withdraw, without prejudice, Movant, Nationstar Mortgage LLC as servicer for HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-CW1, Asset Backed Pass-Through Certificates's Proof of Claim #15 filed with the Court on November 20, 2018, as it was filed in error.

                                                                    Respectfully submitted,

Dated: 11/21/18                                      BY: /s/ Christopher A. DeNardo
                                                             Christopher A. DeNardo, Esquire
                                                             Shapiro & DeNardo, LLC
                                                             3600 Horizon Drive, Suite 150
                                                             King of Prussia, PA 19406
                                                             (610)278-6800/ fax (847) 954-4809
S&D File #:16-054726                          PA BAR ID #78447

                                                             pabk@logs.com