UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Shawn C. McGuire, Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-14056/ELF |

**NATIONSTAR MORTGAGE LLC AS SERVICER FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-CW1, ASSET BACKED PASS-THROUGH CERTIFICATES'S NOTICE OF**
**DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID 19 PANDEMIC**

Now comes Creditor, Nationstar Mortgage LLC as servicer for HSBC Bank USA, National Association as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-CW1, Asset Backed Pass-Through Certificates ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 6 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 12/01/2020 through 05/01/2021. Creditor holds a secured interest in real property commonly known as 26 West Roland Road, Brookhaven, PA 19015 as evidence by claim number 8 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Creditor asks that the Debtor or Counsel for the Debtor make those requests through undersigned counsel.

Per the request, Debtor will resume Mortgage payments beginning 06//01/2021 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). Creditor has retained undersigned counsel to seek an agreement with Debtor regarding the cure of the forbearance arrears and submit that agreement to the Court for approval. If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Respectfully submitted,

Dated:  November 23, 2020

/s/ Kristen D. Little
BY:_____
Kristen D. Little, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809

S&D File #:16-054726

PA BAR ID #79992
klittle@logs.com
pabk@logs.com