**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Shawn C. McGuire | : | Chapter 13 |
| | : | Case No.: 17-14056-MDC |
| Debtor(s) | : | |

## MOTION TO MODIFY PLAN AFTER CONFIRMATION

Shawn C. McGuire (the "Debtor"), by and through their undersigned counsel, hereby submits this Motion to Modify Plan After Confirmation, and in support thereof respectfully states the following:

1. The Debtor filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code on June 9, 2017 (the "Petition Date").

2. The Court confirmed the Debtor's chapter 13 plan on November 27, 2018.

3. On February 10, 2021, the Debtor filed a Motion to Modify Plan (the "First Motion to Modify") under the temporary provisions of the Bankruptcy Code provided for debtors affected by the COVID-19 pandemic.

4. The Court entered an Order granting the Debtor's First Motion to Modify on March 24, 2023.

5. On September 13, 2021, the Debtor entered into a stipulation (the "Stipulation") with HSBC Bank USA National Association (the "Mortgagee") providing that the Debtor's post-petition mortgage arrears in the amount of approximately $21,000.00 would be cured through a modified chapter 13 plan.

6. On September 15, 2021, the Court entered an Order granting the Stipulation.

7. At this time, the Debtor is pursuing loss mitigation with the Mortgagee to cure any and all mortgage arrears and bring the loan current.

8. In the event that no loan modification or other loss mitigation program is available to the Debtor, the Debtor shall pay the approximately $21,000.00 arrears to the Mortgagee in a lump sum payment in the final month of the Debtor's chapter 13 plan.

9. The Debtor is filing the instant Motion to Modify Plan to reflect the Debtor's intention of obtaining a loan modification, and in the alternative, paying the Mortgagee a lump sum payment in month 84 of the Debtor's plan.

10. The Debtor has paid 37,070.00 to the chapter 13 trustee to-date.

11. Neither the Debtor, the chapter 13 trustee, nor the Mortgagee will be prejudiced by the Debtor's modified plan.

Respectfully submitted,

Dated: June 7, 2023

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Sadek Law Offices
Two Penn Center
1500 JFK Boulevard, Suite 220
Philadelphia, Pennsylvania 19102
(215) 545-0008
brad@sadeklaw.com

*Counsel to the Debtor*